**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**DAVID LAMB,**

       Petitioner,

                                 Case No.  03-73587

v

                                 JUDGE JOHN CORBETT O'MEARA

**KURT JONES,**

       Respondent.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE KOMIVES**
**REPORT AND RECOMMENDATION**

The Court having reviewed the Magistrate Judge's Report and Recommendation in this case, as well as any objections thereto filed by the parties, and being fully advised, now therefore;

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation is **ADOPTED.**

                               s/John Corbett O'Meara
                               John Corbett O'Meara
                               United States District Judge

Dated:  June 2, 2005

Copies:

**David Lamb**
188625
Muskegon Correctional Facility
2400 S. Sheridan Road
Muskegon, MI 49422

**Brenda E. Turner**
Michigan Department of Attorney General
Habeas Corpus Division
P.O. Box 30217
Lansing, MI 48909-7717