UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


DAVID K. LAMB,

        Petitioner,        CIVIL ACTION NO. 03-73587
                                HON. JOHN CORBETT O'MEARA

v.

CARMEN PALMER,

        Respondent.

_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

The Court having reviewed the Report and Recommendation filed on July 26, 2007, by Magistrate Judge Komives, as well as any objections, and being fully advised in the premises;

IT IS HEREBY ORDERED that the Report and Recommendation is accepted and adopted by this Court in its entirety.

IT IS FURTHER ORDERED that Petitioner's motion to remove the stay and amend the petition (docket no. 47) is GRANTED.

IT IS FURTHER ORDERED that Petitioner's motion for discovery and appointment of counsel (docket no. 48) is DENIED without prejudice.

IT IS FURTHER ORDERED that Petitioner's motion to expand the record (docket no. 49) is GRANTED.

IT IS FURTHER ORDERED that Respondent shall file a supplemental answer addressing the merits of the claims raised in Petitioner's amended habeas application on or before October 26, 2007.

                                                s/John Corbett O'Meara
                                                United States District Judge

Dated: August 20, 2007

## Certificate of Service

I hereby certify that the foregoing order was served upon the parties of record on this date, August 20, 2007 by electronic and/or ordinary mail.

                                                s/William Barkholz
                                                Case Manager