UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID LAMB,

        Petitioner,        Case No. 03-73587
                                  HON. JOHN CORBETT O'MEARA

v.

CARMEN PALMER,

        Respondent,

_____/

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

The Court having reviewed the Report and Recommendation filed on September 30, 2008, by Magistrate Judge Paul J. Komives, as well as any objections thereto filed by the parties, and being fully advised in the premises;

IT IS HEREBY ORDERED that the Report and Recommendation is ACCEPTED and ADOPTED as the findings and conclusions of this Court.

IT IS FURTHER ORDERED that the petition for writ of habeas corpus is DENIED.

IT IS FURTHER ORDERED that petitioner's motions 90, 91, 92, 93, 94, and 96 are DENIED as moot.

                                                  s/John Corbett O'Meara
                                                  United States District Judge

Date: May 18, 2009

Certificate of Service

    I hereby certify that the foregoing order was served upon the parties of record on May 18, 2009, electronically and/or by U.S. mail.

                                                s/William Barkholz
                                                Case Manager